UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TERRY ANNETTE LOWRIE | CIVIL ACTION NO. 15-cv-2080 |
| VERSUS | JUDGE FOOTE |
| WAL-MART LOUISIANA, LLC | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 8)** is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of January, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE